UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REX A. BILLINGS,

    Plaintiff,

v.                                      ORDER

MICHAEL J. ASTRUE,               Civil No. 06-6306-PK

    Defendant.

_____

HAGGERTY, Chief Judge:

    Magistrate Judge Papak referred to this court a Findings and Recommendation in this action [19]. The Findings and Recommendation recommends reversing the decision of the Commissioner and remanding this matter for further proceedings.

    The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B). *See also* Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is

1 - ORDER

no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974).

This court has examined the pleadings, motions, and underlying record. No clear error appears on the face of the record. The Findings and Recommendation is, therefore, adopted. This matter is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

IT IS SO ORDERED.

DATED this 20 day of November, 2007.

_____
Ancer L. Haggerty
United States District Judge

2 - ORDER