FILED'09 FEB 23 16:37 USDC-ORP

Kathryn Tassinari, OSB # 80115
Robert A. Baron, OSB # 89020
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REX A. BILLINGS,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Civil No. 06-6306-PK<br><br>ORDER APPROVING PLAINTIFF'S<br>MOTION FOR ATTORNEY FEES<br>PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's Motion for Attorney Fees and counsel for Defendant having no objection, Order is hereby granted in the sum of $12,964.50 as settlement of the claim for attorney fees pursuant to 42 U.S.C. § 406(b). Commissioner shall deduct from $12,964.50 an administrative assessment under 42 U.S.C. § 406(d) and pay plaintiff's counsel the balance.

Plaintiff's counsel shall refund the EAJA fee of $5,309.46 awarded herein to Plaintiff.

IT IS SO ORDERED this __19th__ day of February, 2009.

_____
U.S. District Judge

PRESENTED BY:

  s/ Robert A. Baron
Of Attorneys for Plaintiff

1 – ORDER APPROVING MOTION FOR APPROVAL OF ATTORNEY FEES PURSUANT
    TO 42 U.S.C. § 406(b)