Kathryn Tassinari, OSB # 80115
Robert Baron, OSB # 89020
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

FILED'10 JUN 16 14:28 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REX A. BILLINGS,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Civil No. 06-6306-PK<br><br>ORDER APPROVING PLAINTIFF'S SUPPLEMENTAL MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $4,091.00 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b).

IT IS SO ORDERED this **16** day of ~~February~~ June, 2010.

_____
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1